IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEMONSIA LAPEZ RICKS, #172290, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:12-cv-0660-TMH |
| ) | WO |
| WILLIAM W. WYNNE, JR., *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #6) filed on October 22, 2012 to the Recommendation of the Magistrate Judge is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #5) filed on October 11, 2012 is adopted;

3. The plaintiff's complaint for declaratory judgment pursuant to 28 U.S.C. § 2201, and Art. 1 § 10, U.S. Const., is DENIED pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii); and

4. This action is DISMISSED prior to service of process.

Done this the 29th day of November 2012

                                                    /s/ Truman M. Hobbs
                                                  TRUMAN M. HOBBS
                                                  SENIOR UNITED STATES DISTRICT JUDGE